UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TINA JAECKLE,

    Plaintiff,

v.                                                  Case No. 3:19-cv-1323-J-32MCR

FLAGLER COLLEGE, INC.,

    Defendant.

## **O R D E R**

This case is before the Court on Defendant Flagler College's Unopposed Motion for Clarification (Doc. 55) of the Court's Order entered on August 25, 2020 (Doc. 53), which granted Flagler's Motion to Strike or Alternatively, to Dismiss Plaintiff's Claim for Punitive Damages (Doc. 38). The Court struck Jaeckle's prayer for punitive damages in Count II of her Second Amended Complaint (SAC). (Doc. 53 at 6). Flagler seeks clarification as to whether Jaeckle's factual allegations related to punitive damages should be stricken from the SAC as well. (Doc. 55 at 2).

It was previously unclear whether Flagler and Jaeckle agreed as to which allegations pertained only to punitive damages. The Motion for Clarification

(Doc. 55) resolves that issue, as Flagler's request to strike paragraphs 56-63 and paragraphs 65-81 is now unopposed.

Accordingly, it is hereby

**ORDERED:**

1. Defendant's Unopposed Motion for Clarification (Doc. 55) is **GRANTED**. Paragraphs 56-63 and 65-81 of the Second Amended Complaint (Doc. 37) are stricken. Flagler need not respond to those allegations in its answer, which should still be filed no later than **September 17, 2020**.

**DONE AND ORDERED** in Jacksonville, Florida the 28th day of August, 2020.

TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Counsel of record